# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| VIRAL CLEM | * | |
| Plaintiff | * | |
| VS. | * | NO: 3:07CV00051   SWW |
| WEST MEMPHIS, ARKANSAS, ET AL. | * | |
| Defendants | * | |

## ORDER of DISMISSAL

Counsel for Plaintiff has informed the Court that the parties have reached a settlement and that this action should be dismissed. Accordingly, pursuant to a settlement between the parties, the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE